PROB 12C
(4/19)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender under Supervision

**Name of Offender:** Raegen Romantico          **Docket Number:** 18-09220M-001
                                                                                          **PACTS Number:** 5588063

**Name of Sentencing Judicial Officer:**    THE HONORABLE ANTHONY R. MAUTONE
                                                            UNITED STATES MAGISTRATE JUDGE

**Date of Original Sentence:** 05/30/2019

**Original Offense:**     Count 1: Obstruction of Mail

**Original Sentence:** 36 months' probation

**Special Conditions:** Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Educational Services, Mental Health Treatment, Motor Vehicle Compliance

**Type of Supervision:** Probation                      **Date Supervision Commenced:** 05/30/2019

**Assistant U.S. Attorney:** Sean Michael Sherman, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700, sean.sherman@usdoj.gov

**Defense Attorney:** Saverio A. Viggiano, Federal Defenders Office, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609, (609) 989-2160, sam_veggiano@fd.org

---

## PETITIONING THE COURT

☐   To issue a warrant
☒   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob 12C – page 2
Raegen Romantico

| Violation Number | Nature of Noncompliance |
|---|---|

1      The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

On October 3, 2019, Romantico was arrested by the Belleville Police Department and charged with theft by unlawful taking, in violation of N.J.S. 2C:20-3A. According to the police report, on or about September 27, 2019, officers were assigned to investigate multiple package thefts in and around the areas of Sanford and Watsessing Avenue in the township of Belleville. The victim provided police officers with video footage depicting three males. An unidentified male (light skinned Asian male on a red bicycle) rode up to the front steps of her residence, took a package, and fled with two other unidentified males on bicycles. An attempt to identify these males was sent through local law enforcement databases and social media platforms. The Belleville Police Department was contacted by a Jersey City Police Department Detective advising they has an individual in custody on an unrelated charge, F.O., who expressed interest in providing information on the theft. F.O. was interviewed in an interrogation room and consented to a recording. In sum, F.O. identified the male taking the package in the video footage as Raegan Romantico. F.O. stated he/she knows the males in the video from abusing narcotics together and committing the same types of crimes within Jersey City and surrounding areas.

2      The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

On October 7, 2019, Romantico was arrested by the Jersey City Police Department (JCPD) and charged with Burglary-Entering Structure, in violation of N.J.S. 2C:18-2A(1) and Theft by Unlawful Taking, in violation of N.J.S. 2C:20-3A. According to the police report, on September 27, 2019, officers were advised of a video depicting Asian male actors committing burglary and theft at 375 Liberty Avenue where mail was stolen. JCPD officers identified the Asian male as Raegan Romantico from the video surveillance. On October 7, 2019, JCPD showed Romantico video of the two Asian males. He stated, "that's not me, that's Karl" (Karl Vince-Patrick, also arrested). He initially denied being the second actor in the video and later admitted being the actor with the tattoo depicted in the surveillance footage.

Prob 12C – page 3
Raegen Romantico

3      The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

On October 7, 2019, Romantico was arrested by the Jersey City Police Department (JCPD) and charged with Burglary-Entering Structure, in violation of N.J.S. 2C:18-2A(1) and Theft by Unlawful Taking, in violation of N.J.S. 2C:20-3A. According to the police report, officers observed Romantico on video surveillance committing a burglary and theft of mail and packages at 151 Sip Avenue. In the video, officers observed Romantico remove numerous pieces of mail and packages inside of the hallway of the residence. Romantico was known to the officers from previous theft related investigations. While officers were traveling east on Storms Avenue, they observed Romantico coming out of the alleyway of 132 Storms Avenue (his home address). Officers approached Romantico and advised he was being investigated for burglaries he committed. He was arrested without incident. A court appearance is scheduled for October 28, 2019.

4      The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

During a separate investigation on September 5, 2019, Jersey City Police Department (JCPD) received an email from a victim, P.W., in reference to an actor entering the hallway of their property at 151 Sip Avenue and removing packages belonging to occupants of the building. After reviewing video surveillance, officers observed (3) different times when Romantico entered the hallway and removed mail and packages. These incidents occurred on August 11, 2019 (file #19-022925), August 22, 2019 (file #19-022906) and September 3, 2019 (file #19-022926). A suspect, F.O., identified the actor in the video from August 11, 2019 as Raegan Romantico.

5      The offender has violated the special supervision condition which states **'If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours'**

Romantico did not report law enforcement contact to the probation office following any of the arrests or questioning by police officers.

Prob 12C – page 4
Raegen Romantico

6   The offender has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

On October 3, 2019, Romantico was administratively discharged from treatment at Jersey City Medical Center due to excessive tardiness, missed sessions, and inappropriate behavior including "joking" about offering methamphetamines to another peer in group.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By: Ivettelis Perez
Senior U.S. Probation Officer
Date: 10/15/2019

---

THE COURT ORDERS:

☐ The Issuance of a Warrant
☒ The Issuance of a Summons. Date of Hearing: 11/21/19. (as recommended by the Probation Office)
☐ No Action
☐ Other

_____
Signature of Judicial Officer

10/16/19
_____
Date