**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 18-9220 |
| vs. | : | ORDER PURSUANT TO VIOLATION |
| | : | OF PROBATION HEARING AND |
| RAEGAN ROMANTICO. | : | JUDGMENT OF CONVICTION |

This matter having been opened to the Court on Petition by Craig Carpenito, U.S. Attorney for the District of New Jersey (Sophie Reiter, Assistant U.S. Attorney, appearing) and Ivettelis Perez, Senior U.S. Probation Officer of the U.S. Probation Office, on a Petition for Violation of Probation based upon the defendant, Raegan Romantico's, Violation of Probation, and the defendant, Raegan Romantico, (Anthony Thomas, Assistant Federal Public Defender, appearing) having pled guilty to Violations 5 and 6 of the Petition dated October 15, 2019, and Violations 1 through 4 having been dismissed, and for good cause having been shown;

IT IS on this 4th day of December, 2019;

ORDERED that the defendant, Raegan Romantico, is in violation of the conditions of probation as imposed by this Court on May 30, 2019. Whereupon it is ordered and adjudged that the previously imposed term of Probation is hereby revoked and the defendant is hereby committed to the custody of the Bureau of Prisons for a term of 6 months.

_____
Honorable Anthony R. Mautone
United States Magistrate Judge